UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/43/4243
```

Carlos Cuji,

           Plaintiff,

    –v–

Sistina Restaurant Inc, *et al.*,

           Defendants.

20-cv-5594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 26, 2020, the Court entered an order referring this case to the assigned Magistrate Judge for all purposes on the consent of the parties. However, it appears that one of the Defendants, Gerardo Bruno, has not appeared in this case and did not sign the consent form. The Court thus vacates its prior order of reference (Dkt. No. 21). The Court will refer the case to Judge Freeman for general pretrial and for a report and recommendation on any dispositive motion by separate order. If Mr. Bruno is dismissed from this case or consents to jurisdiction by a Magistrate Judge, the parties may file a new consent form and the Court will refer the case for all purposes.

SO ORDERED.

Dated: July 20, 2021
      New York, New York

                                     ALISON J. NATHAN
                                  United States District Judge