UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS CUJI, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

                            Plaintiff,

-against-

SISTINA RESTAURANT INC d/b/a SISTINA, CARAVAGGIO, INC d/b/a CARAVAGGIO, GIUSEPPE BRUNO, and GERARDO BRUNO,

                            Defendants.

Civil Action No.:
1:20-cv-05594-AJN-DCF

**[PROPOSED]**
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Sistina Restaurant Inc. d/b/a Sistina and Giuseppe Brun ("Defendants") having offered to allow Plaintiff Carlos Cuji ("Plaintiff") to take a judgment against them, in the sum of Twenty Thousand Dollars and Zero Cents ($20,000.00), inclusive of reasonable attorneys' fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 16, 2021 and filed as Exhibit A to Docket Number 44;

**WHEREAS**, on August 19, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 44);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Carlos Cuji, in the sum of Twenty Thousand Dollars and Zero Cents ($20,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 16, 2021 and filed as Exhibit A to Docket Number 44. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2021        _____
      New York, New York                                  U.S.D.J.